In addition, defendant's sentence is illegal insofar as the period of postrelease supervision exceeds three years (*see* Penal Law § 70.45 [2] [d]; § 70.70 [3] [b]). We therefore modify the judgment by vacating the sentence, and we remit the matter to County Court for the filing of a predicate felony statement and resentencing after preparation of a presentence report.

In light of our determination, we do not reach defendant's remaining contention. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ ALBERT G. FRACCOLA, JR., et al., Appellants, v PHYLLIS FRACCOLA, Individually and as Sole Shareholder of HYDRANIA, INC., et al., Respondents. [938 NYS2d 494]

Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ DANA JUHASZ, Respondent, v STEPHEN JUHASZ, Appellant. (Appeal No. 1.) [937 NYS2d 913]

Same memorandum as in *Juhasz v Juhasz* (92 AD3d 1209 [2012]). Present—Scudder, P.J., Carni, Lindley and Sconiers, JJ.

■ DANA JUHASZ, Respondent-Appellant, v STEPHEN JUHASZ, Appellant-Respondent. (Appeal No. 2.) [939 NYS2d 675]—